**1**

In the Matter of the Petition of GLUCKSMAN BROS. & LIFSCHULTZ, a New York Corporation, to Revise an Order of the District Court of the United States for the Eastern District of Michigan in the Case of Earl G. MINSTER, Bankrupt.

Circuit Court of Appeals, Sixth Circuit.
October 6, 1927.

No. 5025.

Petition to Revise an Order of the District Court of the United States for the Eastern District of Michigan; Clarence W. Simons, Judge.

Max Kahn, of Detroit, Mich., for petitioners.

James A. Muir, of Port Huron, Mich., for respondent.

PER CURIAM. Dismissed pursuant to motion of counsel for respondent.

---

**2**

Nathan GOLDSTEIN et al., Appellants, v. CHICOT COUNTY DRAINAGE DISTRICT et al.

Circuit Court of Appeals, Eighth Circuit.
December 5, 1927.

No. 7851.

Appeal from the District Court of the United States for the Eastern District of Arkansas.

R. E. Wiley, of Little Rock, Ark., for appellants.

G. B. Rose, D. H. Cantrell, J. F. Loughborough, A. W. Dobyns, and A. F. House, all of Little Rock, Ark., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellants.

---

**3**

M. H. GORDON v. Charles C. SIMONS, U. S. District Judge for the Eastern District of Michigan.

Circuit Court of Appeals, Sixth Circuit.
June 6, 1927.

No. 4742.

Petition for Writ of Mandamus.

Robert A. Kramer, of Cincinnati, Ohio, for petitioner.

PER CURIAM. Order denying petition for writ of mandamus.

---

**4**

M. H. GORDON v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit.
November 18, 1927.

No. 4965.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

A. C. Fricke and A. Lee Beatty, both of Cincinnati, Ohio, for the plaintiff in error.

Merrill G. Miner, Asst. U. S. Atty., and Gregory H. Frederick, Asst. U. S. Atty., both of Detroit, Mich., for the United States.

PER CURIAM. Judgment of District Court affirmed, on authority of Alston v. U. S., 274 U. S. 289, 47 S. Ct. 634, 71 L. Ed. 1052; Weaver v. U. S. (C. C. A.) 15 F.(2d) 38; Martin v. U. S. (C. C. A.) 20 F.(2d) 785.

---

**5**

Abraham GORDON, etc., Plaintiff in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit.
December 14, 1927.

No. 7807.

In Error to the District Court of the United States for the District of North Dakota.

L. J. Palda, Jr., of Minot, N. D., for plaintiff in error.

Seth W. Richardson, U. S. Atty., of Fargo, N. D.

PER CURIAM. Writ of error dismissed on motion of defendant in error.

---

**6**

A. GRANDI v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit.
October 7, 1927.

No. 4941.

In Error to the District Court of the United States for the Western District of Tennessee; Harry B. Anderson, Judge.

Galella & Stanton, of Memphis, Tenn., for plaintiff in error.

Lindsay B. Phillips, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to stipulation of counsel.